# SOLICITAÇÃO
# PARA CITAÇÃO, INTIMAÇÃO OU NOTIFICAÇÃO NO ESTRANGEIRO DE DOCUMENTOS JUDICIAIS OU EXTRAJUDICIAIS

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convenção Relativa à Citação, Intimação e Notificação no Estrangeiro de Documentos Judiciais e Extrajudiciais em Matéria Civil e Comercial, firmada na Haia, em 15 de novembro de 1965.**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Identificação e endereço do requerente**<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | **Endereço da autoridade receptora**<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| | |

**O requerente abaixo assinado tem a honra de transmitir – em duas vias – os documentos relacionados abaixo e solicita a pronta citação, intimação ou notificação de uma cópia dos referidos documentos ao destinatário, conforme previsto no artigo 5º da supracitada Convenção, a saber:**

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**(Identificação e endereço)**
(identity and address) / *(identité et adresse)*

| | | |
|---|---|---|
| ☐ | a) | **conforme previsto na alínea "a" do primeiro parágrafo do Artigo 5º da Convenção\***<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | b) | **De acordo com a seguinte forma específica (alínea "b" do primeiro parágrafo do Artigo 5º)\***<br>in accordance with the following particular method (sub-paragraph *b*) of the first paragraph of Article 5)\*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :* |
| ☐ | c) | **Pela entrega ao destinatário que voluntariamente a aceitar (segundo parágrafo do Artigo 5º)\***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5) \*<br>*le cas échéant, par remise simple (article 5, alinéa 2) \** |

**Solicita-se que a autoridade devolva ou faça devolver uma cópia dos documentos – e dos anexos\* – ao requerente, juntamente com um certificado, conforme aqui anexado.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

**Relação dos documentos**
List of documents / *Énumération des pièces*

| |
|---|
| |

\* **Quando cabível**
if appropriate / *s'il y a lieu*

| **Feito em**<br>Done at / *Fait à*<br>**em**<br>the / *le* | **Assinatura e/ou Carimbo**<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|
| | |

EXHIBIT 1

# CERTIFICADO
## CERTIFICATE
*ATTESTATION*

**De acordo com o artigo 6º da Convenção, a autoridade abaixo assinada tem a honra de atestar,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. que a citação, intimação ou notificação ocorreu***
   that the document has been served *
   *que la demande a été exécutée**

| | |
|---|---|
| — **em (data):**<br>the (date) / *le (date)* : | |
| — **em (local, rua, número):**<br>at (place, street, number) / *à (localité, rue, numéro)* : | |
| — **numa das seguintes formas autorizadas pelo Artigo 5º:**<br>in one of the following methods authorised by Article 5:<br>*dans une des formes suivantes prévues à l'article 5 :* | |
| ☐ a) **conforme previsto na alínea "a" do primeiro parágrafo do Artigo 5º da Convenção***<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** | |
| ☐ b) **de acordo com a seguinte forma específica*:**<br>in accordance with the following particular method*:<br>*selon la forme particulière suivante* :* | |
| ☐ c) **pela entrega ao destinatário que voluntariamente a aceitou***<br>by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple** | |

**Os documentos mencionados na solicitação foram entregues a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Identificação e descrição da pessoa:**<br>Identity and description of person :<br>*Identité et qualité de la personne :* | |
| **Relacionamento com o destinatário (parente, colega de trabalho ou outro):**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☐ **2. que a citação, intimação ou notificação não ocorreu, pelos seguintes motivos*:**
   that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants* :*

| |
|---|
| |

☐ **Conforme previsto no segundo parágrafo do Artigo 12 da Convenção, solicita-se que o requerente pague ou reembolse as despesas descritas na declaração anexa*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

*Anexos*
Annexes / *Annexes*

| | |
|---|---|
| **Documentos devolvidos:**<br>Documents returned:<br>*Pièces renvoyées :* | |
| **Quando for o caso, documentos comprobatórios da citação, intimação ou notificação:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

* Excluir, se necessário
  if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Feito em**<br>Done at / *Fait à*<br><br>**em**<br>the / *le* | **Assinatura e/ou Carimbo**<br>Signature and/or stamp / *Signature et / ou cachet* |

# AVISO
WARNING
*AVERTISSEMENT*

**Identidade e endereço do destinatário**
Identity and address of the addressee
*Identité et adresse du destinataire*

### IMPORTANTE

**O DOCUMENTO ANEXO É DE NATUREZA LEGAL E PODE AFETAR SEUS DIREITOS E OBRIGAÇÕES. O "RESUMO DO DOCUMENTO OBJETO DA CITAÇÃO, INTIMAÇÃO OU NOTIFICAÇÃO" LHE FORNECERÁ ALGUMAS INFORMAÇÕES SOBRE SUA NATUREZA E FINALIDADE. A DOCUMENTAÇÃO EM SI MESMA, NO ENTANTO, DEVERÁ SER LIDA CUIDADOSAMENTE. PODE VIR A SER NECESSÁRIO O AUXÍLIO DE UM ADVOGADO.**

**SE SUAS CONDIÇÕES FINANCEIRAS FOREM INSUFICIENTES, VOCÊ DEVERÁ PROCURAR INFORMAÇÕES SOBRE A POSSIBILIDADE DE OBTER ASSISTÊNCIA JURÍDICA OU APOIO JURÍDICO, SEJA NO PAÍS ONDE MORA OU NO PAÍS ONDE OS DOCUMENTOS FORAM EMITIDOS.**

**DÚVIDAS SOBRE A DISPONIBILIDADE DE ASSISTÊNCIA JURÍDICA OU APOIO JURÍDICO NO PAÍS ONDE O DOCUMENTO FOI EMITIDO PODEM SER DIRIGIDAS A:**

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

**É recomendado que os termos padrão deste aviso sejam escritos em inglês e francês e, quando necessário, também na língua oficial, ou numa das línguas oficiais do Estado de origem do documento. As lacunas podem ser preenchidas tanto no idioma do Estado para onde o documento será enviado, quanto em inglês ou francês.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

# RESUMO DO DOCUMENTO OBJETO DA CITAÇÃO, INTIMAÇÃO OU NOTIFICAÇÃO
SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convenção Relativa à Citação, Intimação e Notificação no Estrangeiro de Documentos Judiciais e Extrajudiciais em Matéria Civil e Comercial, assinada na Haia em 15 de novembro de 1965 (*quarto parágrafo do Artigo 5º*)**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

**Nome e endereço da autoridade solicitante:**
Name and address of the requesting authority:
*Nom et adresse de l'autorité requérante :*

**Identidade das partes*:**
Particulars of the parties*:
*Identité des parties* :*

\* Se necessário, a identidade e endereço da pessoa interessada na transmissão do documento
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

## DOCUMENTO JUDICIAL**
JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE**

**Natureza e finalidade do documento:**
Nature and purpose of the document:
*Nature et objet de l'acte :*

**Natureza e objeto do processo e, se for o caso, a importância em litígio:**
Nature and purpose of the proceedings and, when appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*

**Data e local do comparecimento**:**
Date and Place for entering appearance**:
*Date et lieu de la comparution** :*

**Juízo que proferiu a sentença**:**
Court which has given judgment**:
*Juridiction qui a rendu la décision** :*

**Data da sentença**:**
Date of judgment**:
*Date de la décision** :*

**Prazos limite definidos no documento**:**
Time limits stated in the document**:
*Indication des délais figurant dans l'acte** :*

\** Quando cabível
if appropriate / *s'il y a lieu*

☐ **DOCUMENTO EXTRAJUDICIAL****
EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE**

**Natureza e finalidade do documento:**
Nature and purpose of the document:
*Nature et objet de l'acte :*

**Prazos constantes do documento**:**
Time-limits stated in the document**:
*Indication des délais figurant dans l'acte** :*

\** Quando cabível
if appropriate / *s'il y a lieu*